**The People of the State of Illinois, defendant in error, v. Nathan M. Freedman, plaintiff in error. Gen. No. 35,330.**

■

Heard in the second division of this court for the first district at the October term, 1931. ■ Opinion filed February 23, 1932.

Michael B. Roderick, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Justice Kerner delivered the opinion of the court.

■

**Cornelius Lynde, plaintiff in error, v. Robert E. Kenyon, defendant in error. Gen. No. 35,356.**

■

Heard in the second division of this court for the first district at the October term, 1931. ■ Opinion filed February 23, 1932. Rehearing denied March 5, 1932.

Cassels, Potter & Bentley, for plaintiff in error; Ralph F. Potter and George C. Bunge, of counsel. Alden, Latham & Young, for defendant in error; Hobart P. Young and Francis J. Naphin, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

■

**Charles J. Weber, appellee, v. David E. Cohn and Chicago Gear Manufacturing Company, appellants. Gen. No. 35,373.**

■

Heard in the second division of this court for the first district at the October term, 1931. ■ Opinion filed February 23, 1932.

Gottlieb & Schwartz, for appellants; Ulysses S. Schwartz, Claude A. Roth and Irving T. Zemans, of counsel. Benjamin I. Salinger, Jr., and John F. Tyrrell, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

■

**Fred Whaley, defendant in error, v. Felix Rucker, trading as The Royal Cab Company, plaintiff in error. Gen. No. 35,385.**

■

Heard in the second division of this court for the first district at the October term, 1931. ■ Opinion filed February 23, 1932.

John A. Bloomingston, for plaintiff in error. Augustus L. Williams, for defendant in error; George H. Sugrue, of counsel.

Mr. Justice Kerner delivered the opinion of the court.